UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD ILLES, SR., M.D., : | |
| Plaintiff : | |
| : | |
| vs. : | CIVIL NO. 1:12-CV-0395 |
| : | |
| : | |
| DR. CHRISTIAN KCOMT, et al., : | |
| Defendant. : | |

*O R D E R*

AND NOW, this 10th day of October, 2013, in light of the accompanying memorandum, Plaintiff is granted until October 25, 2013, to submit a brief showing cause why summary judgment should not be entered in Defendant's favor on the grounds of qualified immunity. Failure to respond during the allotted time will result in summary judgment being entered for Defendant, and the dismissal of the action in its entirety. In the event that Plaintiff does respond, Defendant may have fourteen (14) days from the date of Plaintiff's response to issue a reply.

/s/William W. Caldwell
William W. Caldwell
United States District Judge